**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| WESTFIELD INSURANCE COMPANY, | : | No. 102 EAL 2016 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| ASTRA FOODS INC., JOSE NOE | : | |
| CASTILLO RAMOS, AMERICAN | : | |
| GUARANTEE AND LIABILITY | : | |
| INSURANCE COMPANY | : | |
| | : | |
| | : | |
| | : | |
| PETITION OF:  ASTRA FOODS INC. | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 30th day of September, 2016, the Petition for Allowance of Appeal is **DENIED**.